# BALLON STOLL BADER & NADLER, P.C.

COUNSELLORS AT LAW        FOUNDED 1931

729 SEVENTH AVENUE
17TH FLOOR
NEW YORK, NY 10019-6831
Ph. 212.575.7900

www.ballonstoll.com

MARSHALL B. BELLOVIN
(212) 575-7900 ext. 3270
mbellovin@ballonstoll.com

January 22, 2016

**VIA ECF**

Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 518
New York, New York 10007

     Re:      **Lambert v Trump International Hotel, et al.**
               **Case No. 15-cv-582(VSB)**
               **Our File No. 19874.001**

Dear Judge Broderick:

We represent the plaintiff, Bryan Lambert, in the above-referenced matter. Please be advised that attorney Evan E. Richards, Esq. is no longer with this firm. We respectfully request that his name be removed from the docket and no subsequent ECF notifications be sent to the e-mail addresses erichards@ballonstoll.com and evanrichardsesq@gmail.com.

Respectfully submitted,

Marshall B. Bellovin, Esq. (MB 5508)
Member of the Firm
*Counsel for Plaintiff Bryan Lambert*

     CC:     Diane Windholz, Esq. (via ECF)
               *Counsel for Defendants*